[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number **18CR00173** -R    Defendant Number **1**

U.S.A. v. **Jose Landa-Rodriguez**    Year of Birth **1963**

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) **FBI**

2018 MAR 29 PM ... FILED

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense **Unknown to March 29, 2018**

c. County in which first offense occurred

**Los Angeles**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles    ☐ Ventura

☐ Orange    ☐ Santa Barbara

☐ Riverside    ☐ San Luis Obispo

☐ San Bernardino    ☐ Other

Citation of Offense **18 USC 1962(d); 21 USC 846**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No    ☐ Yes

If "Yes," Case Number: **N/A**

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): **United States v. Michael Lerma, et al. (filed concurrently)**

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: **N/A**

Case Number: **N/A**

Assigned Judge: **N/A**

Charging: **N/A**

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: **N/A**

## PREVIOUS COUNSEL

Was defendant previously represented?    ☑ No    ☐ Yes

IF YES, provide Name: **N/A**

Phone Number: **N/A**

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*    ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the **N/A** superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
**N/A**

Case Number **N/A**

The superseded case:

☐ is still pending before Judge/Magistrate Judge
**N/A**

☐ was previously dismissed on **N/A**

Are there 8 or more defendants in the superseding case?

☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## INTERPRETER

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

## OTHER

☑ Male   ☐ Female

☐ U.S. Citizen   ☑ Alien

Alias Name(s)   Jose Rodriguez-Landa," "Jose Landa," "Jose

Rodriguez," "Fox," "Fox Tapia," "F-X," "Alejandro Tapia"

This defendant is charged in:

  ☐ All counts

  ☑ Only counts:  1, 6

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud   ☐ public corruption

☐ government fraud   ☐ tax offenses

☐ environmental issues   ☐ mail/wire fraud

☑ narcotics offenses   ☐ immigration offenses

☑ violent crimes/firearms   ☐ corporate fraud

☑ Other   Racketeering

_____

## CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  N/A

  in the amount of $ N/A

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution:   LACJ Booking number 3414174

c. If Federal, U.S. Marshals Service Registration Number:
N/A

d. ☐ Solely on this charge. Date and time of arrest:
N/A

e. On another conviction:   ☐ Yes   ☐ No

  IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☑ Yes   ☐ No

  IF YES :   ☑ State   ☐ Federal   AND

  Name of Court:   Los Angeles Superior Court

  Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  N/A _____

_____

Date   03/28/2018 _____

Signature of Assistant U.S. Attorney

Max B. Shiner
Print Name