NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorney
Deputy Chief, International Narcotics,
 Money Laundering, & Racketeering Section
MAX B. SHINER (Cal. Bar No. 187125)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
     1400/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339/3308
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov
             max.shiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00173-GW |
|---|---|
| Plaintiff, | DISCOVERY STATEMENT |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of

///

///

///

///

///

///

California and Assistant United States Attorneys Shawn J. Nelson and Max B. Shiner, hereby files its Discovery Statement, pursuant to the Court's order at the July 19, 2019, status conference.

Dated: August 19, 2019,   Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

 /s/ *Max B. Shiner*
SHAWN J. NELSON
MAX B. SHINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DISCOVERY STATEMENT**

On July 19, 2019, the Court held a status conference in this matter, during which it directed the government to file a discovery statement indicating that all "regular" (non-expert) discovery had been produced (with the exception of certain categories of discovery that were discussed at the status conference).

All discovery currently in the government's possession has been disclosed, with the exception of the following:

(1) <u>Cooperating witness discovery</u>.  The identities of cooperating witnesses, including informants and any cooperating defendant(s), as well as <u>Giglio</u> materials concerning such witnesses, and any Jencks statements of such witnesses obtained after the unsealing of the Indictment in this case.  The government currently plans to produce these materials on or about 45 days before trial, pursuant to paragraph 7 of the Court's Protective Order Regarding Witness/Victim Identifying Information (CR 582);

(2) <u>Filter team discovery</u>.  Discovery that has not yet been approved for production to the prosecution team by the filter team that is tasked with reviewing materials for potential attorney-client privilege;

(3) <u>Specific discovery requests</u>.  Materials that are the subject of specific discovery requests by certain defense counsel, which the government is in the process of attempting to locate and produce;

(4) <u>Trial preparation</u>.  Any other materials that the government may identify and acquire in the process of trial preparation.